

**M**iami
**M**anagement, Inc.

Full Service Property Management & Maintenance
Established since 1988

*Broward Division*
te Parkway Sunrise, Florida 33323
954.846.7545 I Fax: 954.846.8559
Toll Free: 1.800.605.9160
www.miamimanagement.com

*Anne,*
*This was to have gone*
*out to you when you*
*returned to work*
*but you have not so*
*I was instructed to*
*send you a copy, so*
*you would know it was*
*on your file.*

3/17/2017

Hello Anne,

It has been brought to our attention that you are falling behind in your daily workload. Your scans folder has an excessive amount of scans (234 files as of 3.13.17) and some of your managers can't find documents within the files (which might be due to the fact that they are still in your scans folder). We have been checking the assistant's scans folder on a regular basis and yours is constantly full. In light of this we had to assign someone to move your scans.

Bonnie Blanford is getting overwhelmed with her workload because you have not been able to keep up with her logs and tenant entries in MMI Live for University Parc and some of her other properties. She relies heavily on that information to manage her properties and the job is not getting done. Bonnie also stated she gave you 6-7 lease renewals for Artesia which had to have the approval letter sent to the tenant, scanned to the unit file and emailed to the master association. It was on your desk for several days. There were also ARC apps for Falcons Lea she could not find in the unit file or in your scans folder.

Nelly Gordillo has also had a lot of documents that were time sensitive and they needed to go out within a certain time frame, even though we accommodate the managers where ever necessary the amount of time missed upsets the flow on the work floor. Nelly also found herself unprepared for a board meeting because there was no log with the ARCs for The Island of Spring Valley. This needs to be kept up to date at all times, for serval months now we have had to adjust the staff to accommodate your time off.

# EXHIBIT A

We have been constantly asking the other assistants to help out with your properties due to your absences; however, we have also gotten complaints from customers that they have called you and days go by without a response.

We have accommodated your doctor's appointments whenever possible, but these absences cannot hinder your ability to complete your workload as it is imperative that you are capable of completing the work at hand. Additionally, our policies do not permit overtime work unless preapproved by your supervisor, nor does the company approve "make up time" on an ongoing basis, or banking hours for future use.  It is expected that you are able to complete all of your tasks in a normal 37.5-hour work week. If you are unable to keep up, kindly let us know immediately.

A copy of this letter will be placed in your employee file.

If you have any questions let me know.

Kristina Dumornay
Miami Management, Inc.
1145 Sawgrass Corporate Parkway
Sunrise, Florida 33323

U.S. POSTAGE >> PITNEY BOWES

ZIP 33323 $ 000.46
02 1W
0001391425 MAR 30 20

**M**iami
**M**anagement, Inc.
*Full Service Property Management & Maintenance*

1145 Sawgrass Corporate Parkway
Sunrise, Florida 33323

MIAMI
FL 334
30 MAR '17
PM 6 L

www.miamimanagement.com

PAY ONLINE

Anne Reyes
400 Commodore Drive #104
Plantation, Fl 33325

33325-213029

