**Miami Management, Inc.**
Full Service Property Management & Maintenance
Established since 1988

Broward Division
1145 Sawgrass Corporate Parkway Sunrise, Florida 33323
Office: 954.846.7545 | Fax: 954.846.8559
Toll Free: 1.800.605.9160
www.miamimanagement.com

March 30, 2017

Anne Reyes
400 Commodore Drive, #104
Plantation, FL 33325
VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED
AND REGULAR US MAIL

Re:     Termination of Employment

Dear Anne,

Please be advised that we regret to inform you that your employment with Miami Management, Inc. has been terminated as of March 9, 2017. (Last day worked) Over the course of the last several months, we have made every attempt to accommodate your continued absences, which placed a considerable burden on the office and other staff members. Unfortunately we cannot continue to do so and we have had no choice but to assign your duties to another staff member.

We sincerely wish you the best of luck in your future endeavors.

Kind regards,

*[signature]*

Radames Diaz
Vice-President
Miami Management, Inc.

Xc: Employee file

**EXHIBIT B**



Miami Management, Inc.
Full Service Property Management & Maintenance
145 Sawgrass Corporate Parkway
Sunrise, Florida 33323

Anne Reyes
400 Commodore Drive, #104
Plantation, Fl 33325

www.miamimanagement.com

